IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DAEDALUS BLUE, LLC, | |
| Plaintiff, | Civil Action No. 2:20-cv-00551-RCY-RJK |
| v. | |
| MICROSTRATEGY INCORPORATED, | |
| Defendant. | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER AND EXPERT DISCOVERY SCHEDULE AND MEMORANDUM IN SUPPORT**

Plaintiff Daedalus Blue, LLC ("Plaintiff" or "Daedalus") and Defendant MicroStrategy Incorporated ("Defendant" or "MicroStrategy") (collectively, the "Parties"), by and through their undersigned counsel, respectfully jointly move to modify the Court's scheduling order and schedule for expert discovery, as follows:

1.  On June 1, 2022, the last day of fact discovery (ECF No. 89), Plaintiff served supplemental responses to Defendant's Interrogatory No. 1 which included updated infringement contentions.

2.  To avoid unfairness, Defendant seeks an opportunity to respond to Plaintiff's updated infringement theories and thus the Parties have agreed to a deadline of June 27, 2022 for Defendant to serve supplemental responses to Plaintiff's Interrogatory No. 1 regarding non-infringement contentions.

3. In light of the foregoing, the Parties respectfully and additionally request that the Court modify the schedule for expert discovery by two-days as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Reports | June 29, 2022 | July 1, 2022 |
| Responsive Expert Reports | July 27, 2022 | July 29, 2022 |
| Rebuttal Expert Reports | August 10, 2022 | August 12, 2022 |
| Close of Expert Discovery | August 24, 2022 | August 26, 2022 |

4. The requested changes in the schedule will not cause undue delay or prejudice. The Parties include a [Proposed] Agreed Order attached as **Exhibit 1** setting forth the relief sought, and respectfully request that this Court enter the [Proposed] Agreed Order.

Dated: June 14, 2022                                              Respectfully Submitted,

*/s/ Walter D. Kelley, Jr.*                                       */s/ Stephen E. Noona*

Walter D. Kelley, Jr. (VSB No. 21622)
Tara R. Zurawski (VSB No. 73602)
HAUSFELD, LLP
888 16th Street, N.W. Suite 300
Washington, DC 2006
Tel: (202) 540-7157
Fax: (202) 540-7201
E-mail: wkelley@hausfeld.com
E-mail: tzurawski@hausfeld.com

Denise M. De Mory (Admitted *Pro Hac Vice*)
Cal. Bar No. 168076
ddemory@bdiplaw.com
Jennifer L. Gilbert (Admitted *Pro Hac Vice*)
Cal. Bar. No. 255820

Stephen E. Noona
VSB No. 25367
Kaufman & Canoles, P.C.
150 West Main Street
Norfolk, VA 23514
Tel : (757) 624-3000
Fax : (888) 360-9092
senoona@kaufcan.com

Nicholas M. DePalma (VSB 72886)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Tel: (703) 905-1455
Fax: (703) 821-8949

jgilbert@bdiplaw.com
Robin Curtis (Admitted *Pro Hac Vice*)
Cal. Bar No. 271702
rcurtis@bdiplaw.com
Michael Flynn-O'Brien (Admitted *Pro Hac Vice*)
Cal. Bar No. 291301
mflynnobrien@bdiplaw.com
Hillary Bunsow (Admitted *Pro Hac Vice*)
Cal. Bar No. 278719
hillarybunsow@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

*Counsel for Plaintiff*
*Daedalus Blue, LLC*

nmdepalma@venable.com

Frank C. Cimino, Jr.
Megan S. Woodworth
Leslie A. Lee
VENABLE LLP
600 Massachusetts Ave NW
Washington, DC 20001
Tel: (202) 344-4569
Fax: (202) 344-8300
fccimino@venable.com

*Counsel for Defendant MicroStrategy Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the ECF system. Therefore, this document was served on all counsel who are ECF participants who are deemed to have consented to electronic service.

                                              */s/ Walter D. Kelley, Jr.*

Walter D. Kelley, Jr. (VSB No. 21622)
HAUSFELD, LLP
888 16th Street, N.W. Suite 300
Washington, DC 2006
Tel: (202) 540-7157
Fax: (202) 540-7201
E-mail: wkelley@hausfeld.com

*Counsel for Plaintiff*
*Daedalus Blue, LLC*