IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DAEDALUS BLUE, LLC,<br>    Plaintiff,<br><br>    v.<br><br>MICROSTRATEGY INCORPORATED,<br>    Defendant. | Civil Action No. 2:20CV551 (RCY) |

**ORDER**

This matter is before the Court on Defendant's Motion for Summary Judgment (ECF No. 119), the Special Master's Report and Recommendation concerning the same (ECF No. 315), and Defendant's Objection to the Report and Recommendation (ECF No. 316). For the reasons stated in the accompanying Memorandum Opinion, the Court hereby ORDERS as follows: Defendant's Objection (ECF No. 316) is OVERRULED, the Special Master's Report and Recommendation (ECF No. 315) is ADOPTED, and Defendant's Motion for Summary Judgment (ECF No. 119) is DENIED.

The parties are DIRECTED to contact the Courtroom Deputy of the undersigned within seven (7) days of the entry of this Order to schedule a status conference for this matter.

Let the Clerk file this Order and the accompanying Memorandum Opinion electronically and notify all counsel accordingly.

It is so ORDERED.

                                                      /s/
                                      Roderick C. Young
                                      United States District Judge

Richmond, Virginia
Date: <u>September 25, 2023</u>