IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DAEDALUS BLUE, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>MICROSTRATEGY INCORPORATED,<br><br>   Defendant. | Civil Action No. 2:20-cv-00551 |

**JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)**

WHEREAS, Plaintiff Daedalus Blue, LLC and Defendant MicroStrategy Incorporated have entered into a Settlement Agreement ("Agreement") providing for a resolution of all claims against Defendant.

WHEREAS, pursuant to the Agreement, the parties have agreed to dismiss all claims in the case.

WHEREAS, pursuant to the Agreement, the parties have agreed that each party shall bear its own attorneys' fees and expenses in connection with the case.

WHEREAS, pursuant to the Agreement, the parties have agreed that the Court should retain jurisdiction to enforce the terms of the Agreement upon the dismissal of the case.

WHEREFORE, pursuant to Fed. R. Civ. P. 41(a)(2), the parties jointly move the Court to:

(a)   Dismiss the case with prejudice, each party to bear its own attorneys' fees and

1

expenses; and

(b) Retain jurisdiction to enforce the terms of the Agreement upon the dismissal of the case.

| | |
|---|---|
| Dated: February 27, 2024 | Respectfully Submitted, |
| */s/ Walter D. Kelley, Jr.* | */s/ Stephen E. Noona* |

| | |
|---|---|
| Walter D. Kelley, Jr. (VSB No. 21622)<br>Tara R. Zurawski (VSB No. 73602)<br>HAUSFELD, LLP<br>888 16th Street, N.W. Suite 300<br>Washington, DC 2006<br>Tel: (202) 540-7157<br>Fax: (202) 540-7201<br>E-mail: wkelley@hausfeld.com<br>E-mail: tzurawski@hausfeld.com | Stephen E. Noona<br>VSB No. 25367<br>Kaufman & Canoles, P.C.<br>150 West Main Street<br>Norfolk, VA 23514<br>Tel : (757) 624-3000<br>Fax : (888) 360-9092<br>senoona@kaufcan.com |
| Denise M. De Mory (Admitted *Pro Hac Vice*)<br>Cal. Bar No. 168076<br>ddemory@bdiplaw.com<br>Robin Curtis (Admitted *Pro Hac Vice*)<br>Cal. Bar No. 271702<br>rcurtis@bdiplaw.com<br>Richard Lin (Admitted *Pro Hac Vice*)<br>Cal. Bar No. 209233<br>rlin@bdiplaw.com<br>Michael Flynn-O'Brien (Admitted *Pro Hac Vice*)<br>Cal. Bar No. 291301<br>mflynnobrien@bdiplaw.com<br>Hillary Bunsow (Admitted *Pro Hac Vice*)<br>Cal. Bar No. 278719<br>hillarybunsow@bdiplaw.com<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>Telephone: (650) 351-7248<br>Facsimile: (415) 426-4744<br><br>*Counsel for Plaintiff*<br>*Daedalus Blue, LLC* | Nicholas M. DePalma (VSB 72886)<br>VENABLE LLP<br>8010 Towers Crescent Drive, Suite 300<br>Tysons, VA 22182<br>Tel: (703) 905-1455<br>Fax: (703) 821-8949<br>nmdepalma@venable.com<br><br>Frank C. Cimino, Jr.<br>Megan S. Woodworth<br>Jonathan L. Falkler<br>VENABLE LLP<br>600 Massachusetts Ave NW<br>Washington, DC 20001<br>Tel: (202) 344-4569<br>Fax: (202) 344-8300<br>fccimino@venable.com<br><br>*Counsel for Defendant MicroStrategy Incorporated* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the ECF system.  Therefore, this document was served on all counsel who are ECF participants who are deemed to have consented to electronic service.

    */s/ Walter D. Kelley, Jr.*

    Walter D. Kelley, Jr. (VSB No. 21622)
    HAUSFELD, LLP
    888 16th Street, N.W. Suite 300
    Washington, DC 2006
    Tel: (202) 540-7157
    Fax: (202) 540-7201
    E-mail: wkelley@hausfeld.com

    *Counsel for Plaintiff*
    *Daedalus Blue, LLC*