IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DAEDALUS BLUE, LLC,<br>    Plaintiff,<br><br>         v.<br><br>MICROSTRATEGY INCORPORATED,<br>    Defendant. | Civil Action No. 2:20CV551 (RCY) |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss Pursuant to Rule 41(a)(2) ("Joint Motion to Dismiss," ECF No. 442). The parties indicate that they have entered into a Settlement Agreement providing for a resolution of all claims against Defendant. The Settlement Agreement also (1) provides that each party shall bear its own attorneys' fees and expenses, and (2) requests that the Court retain jurisdiction to enforce the terms of the Settlement Agreement upon dismissal of this matter.

Having considered the Joint Motion to Dismiss (ECF No. 442) and for good cause shown, it is hereby ORDERED that:

1. This case is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and expenses;

2. The Court retains jurisdiction to enforce the terms of the Settlement Agreement; and

3. The in-person Status Conference presently scheduled for February 28, 2024, is CANCELLED.

Let the Clerk's office file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/ _____
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: February 27, 2024